UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

PATRICK M. HINES,

    Plaintiff,

v.

MERCHANTS ASSOCIATION COLLECTION
DIVISION, INC.,

    Defendant.

_____/

**COMPLAINT**
**JURY DEMAND**

    1.    Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq.* ("FDCPA"), and the Telephone Consumer Protection Act, 47 U.S.C §227, *et seq.* ("TCPA").

**JURISDICTION AND VENUE**

    2.    This Court has jurisdiction under 28 U.S.C. §§1331, 1337, 1367 and 15 U.S.C. §1692k. Venue in this District is proper because Plaintiff resides here and Defendant placed telephone calls into this District.

**PARTIES**

    3.    Plaintiff, PATRICK M. HINES, is a natural person, and citizen of the State of Florida, residing in Broward County, Florida.

4. Defendant, MERCHANTS ASSOCIATION COLLECTION DIVISION, INC., is a professional corporation and citizen of the State of Florida with its principal place of business at 134 South Tampa Street, Tampa, Florida 33602.

5. Defendant regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

6. Defendant regularly collects or attempts to collect debts for other parties.

7. Defendant is a "debt collector" as defined in the FDCPA.

8. Defendant was acting as a debt collector with respect to the collection of Plaintiff's alleged debt.

## FACTUAL ALLEGATIONS

9. Defendant sought to collect from Plaintiff an alleged debt arising from transactions incurred for personal, family or household purposes.

10. Defendant left the following messages on Plaintiff's voice mail on his cellular telephone on or about the dates stated:

> March 28, 2010 at 3:19 PM – Pre-Recorded Message
> This is a message for Patrick M. Hines. If you are not Patrick M. Hines please hang up or disconnect. If you are Patrick M. Hines, please continue to listen to this message. There will now be a three-second pause in this message. By continuing to listen to this message, you acknowledge that you are Patrick M. Hines. Patrick M. Hines, you should not listen to this message so that other people can hear it as it contains personal and private information. There will now be a three-second pause to allow you to listen to

this message in private. This is Merchants Association Collection Division. This communication is from a debt collector, this is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact us at 1-800-749-7710. Once again, 1-800-749-7710. Thank you.

April 3, 2010 at 11:07 AM – Pre-Recorded Message
This is a message for. If you are not, please hang up or disconnect. If you are, please continue to listen to this message. There will now be a three-second pause in this message. By continuing to listen to this message, you acknowledge that you are. You should not listen to this message so that other people can hear it as it contains personal and private information. There will now be a three-second pause to allow you to listen to this message in private. This is Merchants Association Collection Division. This communication is from a debt collector, this is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact us at 1-800-749-7710. Once again, 1-800-749-7710. Thank you.

April 11, 2010 at 12:07 PM – Pre-Recorded Message
A message for.

April 17, 2010 at 12:53 PM – Pre-Recorded Message
This is a message for Patrick M. Hines. If you are not Patrick M. Hines, please hang up or disconnect. If you are Patrick M. Hines, please continue to listen to this message. There will now be a three-second pause in this message. By continuing to listen to this message, you acknowledge that you are Patrick M. Hines. Patrick M. Hines. you should not listen to this message so that other people can hear it as it contains personal and private information. There will now be a three-second pause to allow you to listen to this message in private. This is Merchants Association Collection Division. This communication is from a debt collector, this is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact us at 1-800-749-7710. Once again, 1-800-749-7710. Thank you.

April 23, 2010 at 5:44 PM – Pre-Recorded Message
This is a message for Patrick M. Hines. If you are not Patrick M. Hines, please hang up or disconnect. If you are Patrick M. Hines, please continue to listen to this message. There will now be a three-second pause in this message. By continuing to listen to this message, you acknowledge that you are Patrick M. Hines. Patrick M. Hines, you should not listen to this message so that other people can hear it as it contains personal and private

information. There will now be a three-second pause to allow you to listen to this message in private. This is Merchants Association Collection Division. This communication is from a debt collector, this is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact us at 1-800-749-7710. Once again, 1-800-749-7710. Thank you.

May 12, 2010 at 8:30 PM – Pre-Recorded Message
This is a message for Patrick M. Hines. If you are not Patrick M. Hines, please hang up or disconnect. If you are Patrick M. Hines, please continue to listen to this message. There will now be a three-second pause in this message. By continuing to listen to this message, you acknowledge that you are Patrick M. Hines. Patrick M. Hines, you should not listen to this message so that other people can hear it as it contains personal and private information. There will now be a three-second pause to allow you to listen to this message in private. This is Merchants Association Collection Division. This communication is from a debt collector, this is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact us at 1-800-749-7710. Once again, 1-800-749-7710. Thank you.

May 28, 2010 at 12:35 PM – Pre-Recorded Message
This is a message for Patrick M. Hines. If you are not Patrick M. Hines, please hang up or disconnect. If you are Patrick M. Hines, please continue to listen to this message. There will now be a three-second pause in this message. By continuing to listen to this message, you acknowledge that you are Patrick M. Hines. Patrick M. Hines, you should not listen to this message so that other people can hear it as it contains personal and private information. There will now be a three-second pause to allow you to listen to this message in private. This is Merchants Association Collection Division. This communication is from a debt collector, this is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact us at 1-800-749-7710. Once again, 1-800-749-7710. Thank you.

June 13, 2010 at 12:11 PM – Pre-Recorded Message
This is a message for. If you are not, please hang up or disconnect. If you are, please continue to listen to this message. There will now be a three-second pause in this message. By continuing to listen to this message, you acknowledge that you are. You should not listen to this message so that other people can hear it as it contains personal and private information. There will now be a three-second pause to allow you to listen to this message in private. This is Merchants Association Collection Division. This

communication is from a debt collector, this is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact us at 1-800-749-7710. Once again, 1-800-749-7710. Thank you.

11.    Defendant left similar or identical messages on other occasions. (Collectively, "the telephone messages").

12.    The messages are "communications" as defined by 15 U.S.C. §1692a(2). See <u>Berg v. Merchs. Ass'n Collection Div</u>., Case No. 08-60660-Civ-Dimitrouleas/Rosenbaum, 2008 U.S. Dist. LEXIS 94023 (S.D. Fla. Oct. 31, 2008).

13.    Defendant used an automatic telephone dialing system or a pre-recorded or artificial voice to place telephone calls to Plaintiff's cellular telephone.

14.    None of Defendant's telephone calls placed to Plaintiff were for "emergency purposes" as specified in 47 U.S.C § 227 (b)(1)(A).

15.    Defendant willfully or knowingly violated the TCPA.

### COUNT I
### TELEPHONIC HARASSMENT AND ABUSE FOR UNAUTHORIZED CALLS TO A CELLULAR TELEPHONE

16.    Plaintiff incorporates Paragraphs 1 through 15.

17.    Defendant engaged in conduct the natural consequence of which is to harass, oppress, or abuse by using an automatic telephone dialing system or pre-recorded or artificial voice in placing telephone calls to Plaintiff's cellular telephone to which Plaintiff had not consented, in violation of 15 U.S.C §1692d. See Order Denying Defendants' Motion to Dismiss Count IV (DE 19), <u>Clarke,</u>

*Kerryjoe N. v Weltman, Weinberg & Reis, Co., et al.,* Case No.: 10-60600-Civ-Cohn/Seltzer (S.D. Fla July 15, 2010), (holding that the same conduct can separately support a violation of both the FDCPA and TCPA).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.    Damages;

    b.    Attorney's fees, litigation expenses and costs of suit; and

    c.    Such other or further relief as the Court deems proper.

## COUNT II
## VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT

18. Plaintiff incorporates Paragraphs 1 through 15.

19. Defendant placed non-emergency telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system or pre-recorded or artificial voice in violation of 47 U.S.C § 227 (b)(1)(A)(iii).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.    Damages;

    b.    a declaration that Defendant's calls violate the TCPA;

    c.    a permanent injunction prohibiting Defendant from placing non-emergency calls to the cellular telephone of Plaintiff using an

automatic telephone dialing system or pre-recorded or artificial voice;

and

d.   Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

                          DONALD A. YARBROUGH, ESQ.
                          Attorney for Plaintiff
                          Post Office Box 11842
                          Ft. Lauderdale, FL 33339
                          Telephone: 954-537-2000
                          Facsimile: 954-566-2235
                          donyarbrough@mindspring.com

By: s/ Donald A. Yarbrough
     Donald A. Yarbrough, Esq.
     Florida Bar No. 0158658