UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 11-61305-CIV-COHN/SELTZER

PATRICK M. HINES,

    Plaintiff,

v.

MERCHANTS ASSOCIATION COLLECTION
DIVISION, INC.,

    Defendants.

_____/

### ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court on Plaintiff's Notice of Voluntary Dismissal With Prejudice [DE 5] ("Notice"). The Court has reviewed the Notice and is otherwise advised in the premises. It is thereupon

**ORDERED AND ADJUDGED** that the Complaint [DE 1] is **DISMISSED WITH PREJUDICE**. The Clerk shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 13th day of July, 2011.

*/s/ James I. Cohn*
JAMES I. COHN
United States District Judge

Copies to counsel of record